UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: : Case No. 14-53855
　　　　　　　　　　　　　　　　　　　　　　　　　:
　Leslie Ann McDougall, : Chapter 7
　　Thomas John McManamon, : Judge John E. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Debtors. :

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $33,272.99 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The names and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Bank of America<br>c/o Amelia Bower, Esquire<br>Plunkett Cooney<br>300 East Broad Street, Suite 590<br>Columbus, OH 43215 | 2 | $33,272.99 |

Dated: August 16, 2016       /s/ Larry J. McClatchey
　　　　　　　　　　　　　　　　Larry J. McClatchey, Trustee
　　　　　　　　　　　　　　　　65 East State Street, Suite 1800
　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　(614) 462-5400
　　　　　　　　　　　　　　　　lmcclatchey@keglerbrown.com

cc:　　U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
　　　　Bank of America, c/o Amelia Bower, Esquire, Plunkett Cooney,
　　　　　　300 East Broad Street, Suite 590, Columbus, OH 43215